459 A.2d 38

Commonwealth v. Stiver, Appellant.
Petition for Allowance of Appeal
Denied Feb. 17, 1984.

Submitted January 11, 1983. John H. Corbett, Jr., Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., POPOVICH and VAN der VOORT, JJ.

Judgment of sentence affirmed.

POPOVICH, J., concurred in the result.

459 A.2d 38

Commonwealth v. Vasconcellas, Appellant.

Submitted June 7, 1982. James Robert Protasio, Assistant Public Defender, for appellant; Kenneth D. Brown, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and WATKINS, JJ.

Judgment of sentence affirmed.